MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and DOES 1 to 10,<br><br>    Defendants. | Case No. 2:21-cv-03313-ODW-MRW<br><br>[Hon. Otis D. Wright II]<br><br>**DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION'S NOTICE OF SETTLEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 41502247.1

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff Lamar Myers and Defendant Bank of America, National Association (collectively, the "Parties"), the above-captioned matter has been resolved. The Parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated: September 7, 2021           MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION